AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **Doblado Luis Raudales**, aka<br>Luis Alberto Raudales-Doblado | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 27, 2007__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States

in violation of Title __8__ United States Code, Section(s) __1326__.

I further state that I am __Francisco Madrigal, Deportation Officer with the US Immigration and Customs Enforcement__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Francisco Madrigal, Deportation Officer
US Immigration and Customs Enforcement

AUSA, Frederick Yette   (202) 353-1666
Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                      City and State

_____   _____
Name & Title of Judicial Officer                         Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF COMPLAINT**
Doblado Luis Raudales
**aka Luis Alberto Raudales-Doblado**

I, Francisco Madrigal, being duly sworn, depose and state:

1. I am a Deportation Officer for the United States Immigration and Customs Enforcement ("ICE"), previously known as the Immigration and Naturalization Service ("INS"). I have been employed by the INS and ICE since 2001 and I am currently assigned to the ICE Detention and Removal Operations, Washington, D.C. Field Office.

2. My duties as a Deportation Officer with ICE include, but are not limited to facilitating the deportation of individuals who are in the United States illegally and to seek, where appropriate, the criminal prosecution of those violators.

3. The information contained in this affidavit is based on my personal knowledge, observations, and interviews conducted during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents and other physical evidence to support my request for a criminal complaint and warrant for arrest.

4. This affidavit contains information necessary to support probable cause for this application. This affidavit is not

1

intended to include each and every fact and matter observed by me or known by the government.

    5. This affidavit is submitted in support of a criminal complaint and warrant for arrest charging DOBLADO LUIS RAUDALES, aka LUIS ALBERTO RAUDALES-DOBLADO (hereinafter, "RAUDALES"), with unlawful reentry after deportation, in violation of Title 8, United States Code, Section 1326.

    6. RAUDALES is a native and citizen of Honduras.

    7. On August 19, 2002, RAUDALES was arrested by the police in Springfield, Tennessee. On September 30, 2002, an Immigration Judge issued an Order of Removal which ordered that RAUDALES, who was known in that proceeding as Luis Alberto Raudales-Doblado, be removed from the United States to Honduras. On November 14, 2002, RAUDALES was removed to Honduras pursuant to the Order of Removal issued on September 30, 2002.

    8. Sometime after November 14, 2002, RAUDALES returned to the United States without permission from the U.S. Attorney General or his designate, as required by federal law. On March 27, 2007, RAUDALES was located by law enforcement officers and arrested in the District of Columbia.

    9. I have reviewed documents contained in the file for RAUDALES maintained by ICE and there is no documentation indicating that he has ever applied for permission to reenter the United States following his removal to Honduras on November 14,

2

2002. I know from my experience with ICE that if such an application had been made it would be reflected in his ICE file. Furthermore, based upon my observation of RAUDALES in person on March 27, 2007, and my comparison of a photograph of the RAUDALES who was deported on November 14, 2002, I am certain that they are the same individual.

    10. Based on the foregoing, I respectfully submit that there is probable cause to believe that RAUDALES is an alien in the United States who previously has been deported or removed from the United States, and has been found in the United States without first having obtained the express consent of the U.S.

3

Attorney General, or his designate, to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

                                                           _____  
                                                           Francisco Madrigal  
                                                           Deportation Officer  
                                                           Immigration & Customs Enforcement

Sworn to and subscribed before me this \_\_\_\_\_ day of March, 2007.

                                       _____  
                                       UNITED STATES MAGISTRATE JUDGE

4