AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

**DOBLADO LUIS RAUDALES, aka**
**Luis Alberto Raudales-Doblado**

**WARRANT FOR ARREST**

FILED
MAR 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 07-112-M-01

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **DOBLADO LUIS RAUDALES, aka Luis Alberto Raudales-Doblado**
                                       Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States

in violation of Title 18 United States Code, Section(s) **§ 1326(a)**

JOHN M. FACCIOLA                        JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE                   U.S. MAGISTRATE JUDGE
Name of Issuing Officer                 Title of Issuing Officer

*/s/ John M. Facciola*                  MAR 28 2007
Signature of Issuing Officer            Date and Location

Bail fixed at $ _____   by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

REPORTING

| DATE RECEIVED | NAME AND TITLE OF ~~ARRESTING~~ OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-29-07 | DAVID BALDWIN, 5 DUSM | /s/ David Baldwin |
| **DATE OF ARREST** | | |
| 3-29-07 | | |